IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY GOSS

      Petitioner,               Civ. No. S-08-1844 KJM

   vs.

D.K. SISTO,

      Respondent.            <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

      Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. Because this petition challenges a denial of parole, the relevant documents should include the transcript of the January

1  26, 2007parole hearing[1] and any documents, reports or letters considered by the panel;

2        2. If the response to the habeas petition is an answer, petitioner's reply, if any,

3  shall be filed and served within thirty days after service of the answer;

4        3. If the response to the habeas petition is a motion, petitioner's opposition or

5  statement of non-opposition to the motion shall be filed and served within thirty days after

6  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

7  thereafter; and

8        4. The Clerk of the Court shall serve a copy of this order, the

9  consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and

10  a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer Neill,

11  Senior Assistant Attorney General.

12  DATED: January 21, 2009.

_____
U.S. MAGISTRATE JUDGE

---

[1] If respondent agrees that the materials attached as exhibits to the petition are complete and correct, he need not provide a second copy to the court, but may simply note his acceptance of these materials in his answer.